**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Lois E. Hilton FORD,**
**Defendant-Appellant.**

No. 86–1098.

United States Court of Appeals,
Fifth Circuit.

Feb. 10, 1987.

Danny D. Burns, Ft. Worth, Tex., (Court appointed), for defendant-appellant.

Marvin Collins, U.S. Atty., J. Michael Worley, Asst. U.S. Atty., Fort Worth, Tex., for plaintiff-appellee.

Before CLARK, Chief Judge, GEE, RUBIN, REAVLEY, POLITZ,

RANDALL, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, HILL and JONES, Circuit Judges.

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,

IT IS ORDERED that the panel order of September 18, 1986 denying rehearing is vacated, and this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.